# United States Court of Appeals
## For the First Circuit

No. 15-1945

TUTOR PERINI CORPORATION,

Plaintiff, Appellant,

v.

BANC OF AMERICA SECURITIES LLC, n/k/a Merrill Lynch, Pierce,
Fenner & Smith, Incorporated, successor by merger; BANK OF
AMERICA, N.A.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion for this Court issued November 21, 2016 is
amended as follows:

On page 3, line 5: change "cash-conscience" to "cash-
conscious"

On page 30, footnote 13, third bulleted paragraph, line
5: change "mangers" to "managers"